IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:19-CR-146-B |
| LEAH HAGEN (01)<br>MICHAEL HAGEN (02) | |

## DISCOVERY PROTECTIVE ORDER

Before the Court is the Government's and Leah and Michael Hagen's motion for a protective order limiting disclosure of discovery materials. The Court finds that good cause has been established to restrict disclosure and handling of discovery in this case and that the proposed protective order is a reasonable measure that protects the rights of the defendants, the public, and witnesses involved in this case.

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that without authorization of this Court, discovery made available by the Government to the defendants and their attorneys of record, including personal identifying and other confidential information (PII) of individuals who are not parties to the case, personal health information of individuals who are not parties to the case, personal financial information, and information concerning ongoing investigations, is not to be discussed with nor disclosed to anyone other than the named defendants; defendants' attorneys of record; and staff of defendants' attorneys of record, including investigators, paralegals, expert witnesses, and other contracted agents associated with the attorneys of record for purposes of defense preparation ("the Defense

Team") and witnesses.

**IT IS FURTHER ORDERED** that without authorization of this Court, discovery made available by the defendants to the Government, including personal identifying and other confidential information (PII) of individuals who are not parties to the case, personal health information of individuals who are not parties to the case, personal financial information, and information concerning ongoing investigations, is not to be discussed with nor disclosed to anyone other than the Government's attorneys of record, law enforcement agents, employees of the Department of Justice and the United States Attorney's Office, and their staff, including investigators, paralegals, expert witnesses, and other contracted agents, as well as witnesses.

**IT IS FURTHER ORDERED** that discovery will not be copied, except to the extent needed as exhibits for trial, pretrial hearings, or pleadings, or as counsel's working copies (including copies for counsel's experts or agents).

**IT IS FURTHER ORDERED** that defendants' counsel or an agent of defendants' counsel may provide electronic discovery materials received from the Government to a defendant only through a secure database in which defendants: (a) cannot download, delete, edit, print to PDF, print or view in native format, and (b) are further prohibited from taking "screen shots" of documents or sharing login credentials with others.  Defendants may review discovery made available by the Government in any format when they are located at defendants' counsel's office.  However, defendants shall not reproduce, transmit, print, or otherwise disseminate discovery materials except in communications with the Defense Team.

**IT IS FURTHER ORDERED** that, except as otherwise provided in this Order, the Defense Team will not share discovery outside of the defendants' counsel's office, defense expert's office, or correctional facility library with any person not employed by, or an agent of defendants' counsel.

**IT IS FURTHER ORDERED** that any attorney of record who is retained or appointed to represent a defendant or who is later relieved of representation of a defendant is bound by the terms of this Order unless excused from its terms by Court Order.

**IT IS FURTHER ORDERED** that all counsel of record will ensure that any individuals who have access to any materials in this case will comply with the provisions and restrictions of this Protective Order.  Prior to providing discovery to any individual other than the Government's and defendants' counsel and their staff, the Government's and defendants' counsel are required to provide a copy of this Protective Order to that individual and obtain written acknowledgement that the individual is bound by the terms and conditions of this Protective Order.  The defendant acknowledges that he or she understands that the Government, upon any violation of this protective order, may move to modify the defendant's conditions of release to address continued mishandling of confidential information.  The written consent need not be disclosed or produced to the Government or defendants' counsel unless ordered by the Court.

**IT IS FURTHER ORDERED** that the protective order does not limit employees of the Department of Justice from disclosing the discovery to members of the Department of Justice, United States Attorney's Office, law enforcement agencies, and to the Court and the Defense Team, as necessary to comply with the Government's discovery obligations.

**Government's Revised Discovery Protective Order—Page 3**

**IT IS FURTHER ORDERED** that any person who willfully violates this order may be held in contempt of court and may be subject to monetary or other sanctions as deemed appropriate by this Court.

SIGNED in Dallas, Texas, on this 10th day of June, 2019.

_____
The Honorable Rebecca Rutherford
United States Magistrate Judge